**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6629**

JAMES GREGORY ARMISTEAD,

Plaintiff - Appellant,

v.

LAURA P. WATSON; JENNIE BOWEN; TIMOTHY WARE; ROGER SHACKLEFORD; MOSE DORSEY; SETH EDWARDS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:18-ct-03274-BO)

Submitted: June 7, 2019                                          Decided: June 24, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James G. Armistead, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Gregory Armistead appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny the pending motions and affirm for the reasons stated by the district court. *See Armistead v. Watson*, No. 5:18-ct-03274-BO (E.D.N.C. Apr. 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
